# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNIS ROBERTS

NO. 2019 KW 1080

**SEP 17 2019**

---

In Re:   Kennis Roberts, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR4-126886.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

  **WRIT DENIED.**

                          **VGW**
                          **JMG**
                          **WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT